IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEANN LOWARY,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | CIVIL ACTION<br>NO. 17-5712 |

## ORDER

**AND NOW**, this 4th day of May 2018, upon consideration of the attached letter from counsel for Plaintiffs informing the Court that the parties have settled this matter, it is **ORDERED** as follows:

1. The above-captioned case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

2. The pretrial conference currently scheduled for May 11, 2018 at 4:00 p.m. is **CANCELLED**.

3. The Clerk of Court shall docket the attached letter.

4. The Clerk of Court shall close this case for statistical purposes.

            BY THE COURT:

            /s/ Joel H. Slomsky
            JOEL H. SLOMSKY, J.